SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>vs.<br><br>My Flower Shop, LLC, et al,<br><br>    Defendants | Case No.: CIV.S 09-cv-01399-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MONICA SCHULTZ AND ORDER**<br><br>Complaint Filed:  MAY 20, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Monica Schultz) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (Monica Schultz) is dismissed because this Defendant no longer operates the business.

Dated: July 29, 2009                     /s/Scott N. Johnson_____
                                         SCOTT N. JOHNSON
                                         Attorney for Plaintiff

**IT IS SO ORDERED**.

DATED: August 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER
                                         CIV: S-09-01399-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com