SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>My Flower Shop, LLC, et al,<br><br>　　　　Defendants | Case No.: CIV.S 09-cv-01399-MCE-KJM<br><br>**STIPULATED DISMISSAL OF MY FLOWER SHOP, LLC; MICHAEL H. GOMEZ; JOHN LYDON BYRNE; PATRICK M. BYRNE; PAULINE L. WANNER; ORDER**<br><br>Complaint Filed: MAY 20, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANT** |

　　**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (My Flower Shop, LLC; Michael H. Gomez; John Lydon Byrne; Patrick M. Byrne; Pauline L. Wanner) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is remain open as to the remaining Defendant, Frank Delgado.  Defendants (My Flower Shop, LLC; Michael H. Gomez; John Lydon Byrne; Patrick M. Byrne; Pauline L. Wanner) are

1 | dismissed because Plaintiff and these Defendants have settled their dispute.

4 | Dated: February 3, 2010              /s/Scott N. Johnson_____
                                         SCOTT N. JOHNSON
                                         Attorney for Plaintiff

7 | Dated: February 19, 2010             /s/Steven R. Matulich_____
                                         STEVEN R. MATULICH,
                                         Attorney for Defendants

10 | **IT IS SO ORDERED**.

12 | Dated: February 26, 2010

                                         _____
                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE